# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID LOGAN, II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. TOMER and DR. GLADSTEIN,<br><br>　　　　Defendants. | Case No. 1:17-cv-00887 -EPG (PC)<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE<br><br>(ECF NO. 13) |

　　　　James David Logan, II ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 19, 2017, Plaintiff consented to magistrate judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c) (ECF No. 8), and no other parties have made an appearance. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a district judge is required. Local Rule Appendix A(k)(3).

　　　　On September 6, 2017, the Court issued an order denying Plaintiff's application to proceed in forma pauperis, ordering Plaintiff to pay the $400.00 filing fee in full within 30 days of the date of service of the order if he wanted to proceed with this case, and warning Plaintiff that "[f]ailure to pay the filing fee within 30 days of the date of service of this order will result in dismissal of this action." (ECF No. 13, pgs. 5-6).

　　　　The thirty day period has expired and Plaintiff has failed to pay the $400 filing fee.

　　　　Accordingly, IT IS ORDERED that the case is DISMISSED.
IT IS SO ORDERED.

　　Dated: __October 19, 2017__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2